667 So.2d 1052 (1996)
David SYLVESTER
v.
MENTOR CORPORATION.
No. 95-C-2936.
Supreme Court of Louisiana.
February 16, 1996.
Denied. Adequate remedy by appeal in the event of an adverse judgment.
CALOGERO, C.J., concurs simply to note that the case will likely be affected by a forthcoming U.S. Supreme Court case in which writs have recently been granted. Lohr v. Medtronic Inc., 56 F.3d 1335 (11th Cir.1995) cert. granted ___ U.S. ___, 116 S.Ct. 806, 133 L.Ed.2d 752 (U.S. Jan. 19, 1996). See also Hopkins v. American Cyanamid Co., 95-1088 (La. 1/16/96) 666 So.2d 615.